# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:10-CV-00415-AWI-DLB PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF NO. 10) |
| CSATF CORCORAN APPEALS OFFICE, et al., | |
| Defendants. | |

Plaintiff Antonio Fahie ("Plaintiff") is a California state prisoner proceeding pro se. On May 18, 2010, the undersigned issued a Findings and Recommendations recommending dismissal of this action for failure to obey a court order because of Plaintiff's failure to submit a motion to proceed in forma pauperis. Plaintiff subsequently submitted his motion to proceed in forma pauperis on June 23, 2010. (ECF No. 13.) Accordingly, it is HEREBY ORDERED that the Court's Findings and Recommendations, filed May 18, 2010, is VACATED.

IT IS SO ORDERED.

Dated: **June 29, 2010**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE